MARION F. MAHON, as Sole Executrix, etc., Respondent, v. WADDELL & MAHON CORPORATION, Defendant, Impleaded with BERGOFF BROS. & WADDELL, INC., and Others, Appellants.— Order modified by providing that the words " the accounts receivable, stock book, minute book, canceled checks, letters and all other communications and papers pertaining to any and all firms, corporations and individuals employing the defendant Waddell & Mahon Corporation and," and the words " as well as all references of the defendant Bergoff Bros. & Waddell, Inc.," be stricken out of the original order for examination, and as so modified the order appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

KATHERINE B. F. HOOVER, Appellant, v. JOSEPH A. GOETZ and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

NATHAN BERLIN, Appellant, v. E. S. KUH & VALK COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. KALMAN COHEN, Principal, and ABRAHAM POSNER, Surety, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *People* v. *Abrams* (172 App. Div. 577) and *People* v. *Levy* (169 id. 571). Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MATTIE B. JAMES, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

LESTER M. LIVINGSTON, Respondent, v. AARON HECHT, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Proving the Alleged Last Will and Testament of HANNAH MARX, Deceased, as a Will of Personal Property. CLARA LEVY and Another, Appellants; HARRY LEVY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.